```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 25387
    LYDIA V ROGERS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-4331


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 06/27/2005 and was confirmed 08/29/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

      The case was paid in full 10/16/2008.
--------------------------------------------------------------------------------
   CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
   STATE EMPLOYEES RETIREME  SECURED               .00            .00            .00
   STATE EMPLOYEES RETIREME  UNSECURED       NOT FILED            .00            .00
   INTERNAL REVENUE SERVICE  PRIORITY         9329.23             .00        9329.23
   ASSOCIATE AREA COUNSEL S  NOTICE ONLY     NOT FILED            .00            .00
   IRS TAX DIVISION          NOTICE ONLY     NOT FILED            .00            .00
   UNITED STATES ATTORNEY    NOTICE ONLY     NOT FILED            .00            .00
   ROBERT J ADAMS & ASSOC    PRIORITY        NOT FILED            .00            .00
   AAA CHECKMATE             UNSECURED         324.44             .00          32.44
   ARNOLD SCOTT HARRIS       UNSECURED       NOT FILED            .00            .00
   CITY OF CHICAGO PARKING   UNSECURED         950.00             .00          95.00
   COLLECTECH                UNSECURED       NOT FILED            .00            .00
   COLLECTECH                UNSECURED       NOT FILED            .00            .00
   COLLECTION COMPANY OF AM  UNSECURED       NOT FILED            .00            .00
   GLOBAL PAYMENTS           UNSECURED       NOT FILED            .00            .00
   JBC & ASSOCIATES          UNSECURED       NOT FILED            .00            .00
   HSBC                      UNSECURED        1002.29             .00         100.23
   PEOPLES GAS LIGHT & COKE  UNSECURED             .00            .00            .00
   SIR FINANCE               NOTICE ONLY     NOT FILED            .00            .00
   TARGET NATIONAL BANK      UNSECURED         511.64             .00          51.16
   DIRECT LOANS BANKRUPTCY   UNSECURED             .00            .00            .00
   VILLAGE OF OAK PARK       UNSECURED       NOT FILED            .00            .00
   WEXLER & WEXLER           UNSECURED       NOT FILED            .00            .00
   INTERNAL REVENUE SERVICE  UNSECURED        5967.52             .00         596.75
   SIR FINANCE               UNSECURED         816.00             .00          81.60
   ROBERT J ADAMS & ASSOC    REIMBURSEMENT     194.00             .00         194.00
   CAREMARK                  UNSECURED       NOT FILED            .00            .00
   ILLINOIS DEPT OF REVENUE  FILED LATE         56.20             .00            .00
   ILLINOIS DEPT OF REVENUE  FILED LATE       2397.24             .00            .00
   ROBERT J ADAMS & ASSOC    DEBTOR ATTY     2,200.00                        2,200.00
   TOM VAUGHN                TRUSTEE                                           804.46
   DEBTOR REFUND             REFUND                                            123.13


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 25387 LYDIA V ROGERS
```

```
    Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    13,608.00

PRIORITY                                             9,523.23
SECURED                                                   .00
UNSECURED                                              957.18
ADMINISTRATIVE                                       2,200.00
TRUSTEE COMPENSATION                                   804.46
DEBTOR REFUND                                          123.13
                         ---------------       ---------------
TOTALS                     13,608.00                13,608.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/27/09         _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE